```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 14064
   JACQUELINE M DOCHEE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5236


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 08/06/2007 and was not confirmed.

   The case was dismissed without confirmation 02/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
N NEVILLE REID            NOTICE ONLY    NOT FILED             .00            .00
AMERICAN HONDA FINANCE    SECURED NOT I  NOT FILED             .00            .00
AMERICAN HONDA FINANCE    UNSECURED      NOT FILED             .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I        .00             .00            .00
TARGET                    UNSECURED      NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         659.12             .00            .00
BANK OF NEW YORK          NOTICE ONLY    NOT FILED             .00            .00
MORTON H COHON            DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                       .00                      .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14064 JACQUELINE M DOCHEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                         /s/ Tom Vaughn

Dated: 05/23/08                                _____
                                                         TOM VAUGHN
                                                         CHAPTER 13 TRUSTEE